# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                   CASE NO. 3:03cr36-01/RV

HENRY LEE SMITH

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   May 1, 2007
Motion/Pleadings:   MOTION for clarification
Filed by   Defendant (pro se)   on 3/29/2007   Doc.#   49

RESPONSES:
 Government   on 5/10/07   Doc.#   50
_____   on _____   Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        s/Jerry Marbut
LC (1 OR 2)                        Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  11th   day of    May   , 2007, that:*

*(a) The relief requested is DENIED.*

*(b) See Government's response.*


                                        /s/ *Roger Vinson*
                                        ***ROGER VINSON***
                          ***Senior United States District Judge***